O

JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, South
District, Long Beach, No. 12U0076

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, | ) | Case No. CV 12-05010 DDP (SHx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| MARIA GALLARADO, | ) | |
| Defendant. | ) | [Dkt. No. 8] |

Presently before the court is Plaintiff's Motion to Remand. Because Defendant has not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

///

 1      The hearing on PLaintiff's motion was set for July 30, 2012.
 2 Defendant's opposition was therefore due by July 9, 2012.  As of
 3 the date of this Order, Defendant has not filed an opposition, or
 4 any other filing that could be construed as a request for a
 5 continuance.  Accordingly, the court deems Defendant's failure to
 6 oppose as consent to granting the motion to remand, and GRANTS the
 7 motion.

IT IS SO ORDERED.


Dated: July 27, 2012

                              DEAN D. PREGERSON
                              United States District Judge